B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 09−17243**
**Chapter 7**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Daniel A Joseph
   1140 West Diversey, Garden Apt.
   Chicago, IL 60614

Social Security / Individual Taxpayer ID No.:
   xxx−xx−4550

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

     It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                                FOR THE COURT

Dated: August 24, 2009                             Kenneth S. Gardner, Clerk
                                                           United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

Case 09-17243   Doc 16   Filed 08/24/09   Entered 08/27/09 00:13:18   Desc Imaged
                         Certificate of Service   Page 3 of 3

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: pseamann               Page 1 of 1                   Date Rcvd: Aug 24, 2009
Case: 09-17243                 Form ID: b18                 Total Noticed: 18

The following entities were noticed by first class mail on Aug 26, 2009.
db           +Daniel A Joseph,    1140 West Diversey, Garden Apt.,    Chicago, IL 60614-1319
aty          +Peter L Berk,   Law Office of Peter L. Berk,    79 West Monroe,    Suite 900,
               Chicago, IL 60603-4914
tr           +Gregg Szilagyi,    Tailwind Services LLC,    One South Wacker Drive,    Suite 800,
               Chicago, IL 60606-4650
13906968      Baker & Miller, P.C.,    29 N Wacker Drive,    5th Floor,    Chicago, IL 60606-2854
13906970     +City of Chicago Dept. of Revenue,    Bureau of Parking - Bankruptcy Dept,
               333 South State Street, Rm LL 30,    Chicago, IL 60604-3947
13906972    ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
              (address filed with court:   IL Dept of Revenue,    Bankruptcy Section,
               Level 7-425, 100 W Randolph St.,    Chicago, IL 60601)
13906974     +J.C. Christian & Associates,    P.O. Box 519,    Sauk Rapids, MN 56379-0519
13906975     +Linebarger Goggan Blair et al.,    PO Box 06152,    Chicago, IL 60606-0152
13906977     +Michael D. Fine,    131 South Dearborn Street,    Chicago, IL 60603-5517
13906978     +Portfolio Recovery Services,    Attn: Bankruptcy,    120 Corporate Blvd Suite 100,
               Norfolk, VA 23502-4962
13906979     +Redline Recovery Services,    2350 North Forest Road,    Suite 31B,    Getzville, NY 14068-1398
13906981     +Unifund,   Attention: Bankruptcy,    10625 Techwoods Circle,    Cincinnati, OH 45242-2846
The following entities were noticed by electronic transmission on Aug 25, 2009.
tr           +EDI: QGSZILAGYI.COM Aug 24 2009 21:19:00      Gregg Szilagyi,    Tailwind Services LLC,
               One South Wacker Drive,    Suite 800,    Chicago, IL 60606-4650
13906967     +EDI: ARROW.COM Aug 24 2009 21:18:00      Arrow Financial Services,    5996 W Touhy Ave,
               Niles, IL 60714-4610
13906969     +EDI: CHASE.COM Aug 24 2009 21:19:00      Chase,    800 Brooksedge Blvd,
               Westerville, OH 43081-2822
13906971     +EDI: DISCOVER.COM Aug 24 2009 21:19:00      Discover Financial Services,
               Attention: Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
13906973      EDI: IRS.COM Aug 24 2009 21:18:00      Internal Revenue Service,
               Centralized Insolvency Operations,    PO Box 21126,    Philadelphia, PA 19114
13906976     +EDI: RESURGENT.COM Aug 24 2009 21:18:00      LVNV Funding LLC,    PO Box 10584,
               Greenville, SC 29603-0584
13906980     +EDI: RESURGENT.COM Aug 24 2009 21:18:00      Resurgent Capital Services,    PO Box 5025,
               Sioux Falls, SD 57117-5025
                                                                                               TOTAL: 7

                 ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 26, 2009**                    **Signature:**   *Joseph Speetjens*